IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

PREET SANDHU,                          §
                                       §
   Petitioner,                         §
                                       §
v.                                     §        CAUSE NO. EP-26-CV-798-KC
                                       §
WARDEN, ERO EL PASO CAMP               §
EAST MONTANA,                          §
                                       §
   Respondent.                         §

## FINAL JUDGMENT

On this day, the Court considered the case. On April 2, 2026, the Court granted in part Sandhu's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Apr. 2, 2026, Order 3, ECF No. 6. Respondents have now informed the Court that an IJ granted Sandhu bond. Advisory, ECF No. 8.

It appears that there are no remaining matters to be resolved in this case. *See generally* Pet., ECF No. 1; Apr. 2, 2026, Order.

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 13th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE